In the United States District Court
For the Northern District of Ohio
Eastern Division at Youngstown, Ohio

| | |
|---|---|
| Kevin N. Brown, Plaintiff, | Case No. 4:18-CV-789 |
| vs. | Judge: Pearson |
| James C. Evans, et al., Defendants. | FILED MAY 29 2018 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN |

**MOTION FOR THE CORRECTION OF A CLERICAL ERROR Pursuant to Fed. R. Civ. P. 60(a)**

Now comes the Plaintiff, Kevin N. Brown, in pro se, and moves this Court to correct the clerical error in the above case. As the Filings submitted on 4/09/18 were submitted by Plaintiff as a 42 U.S.C. 1985(b) and should have been submitted as a 42 U.S.C. 1985(2)(3) action, Not a 42 U.S.C. 1983 action as filed by the Clerk of Court. There is no substantive state law invoking the concurrent jurisdiction of this Federal court. Only original jurisdiction for violation of the U.S. Constitution Amendments 4 and 14, and violation of 42 U.S.C. 1985(2)(3). Brown moves this Court to correct the filing of this action to reflect the filing of a 42 U.S.C. 1985(2)(3) action, not a 42 U.S.C. 1983 action, made by the Clerk of Court. (See: Doc#1, Page 2, Section II, Subject-Matter Jurisdiction.) of the above case number.

Respectfully submitted,
Kevin N. Brown

Mr. Kevin N. Brown, Pro Se
#A443-261
M.C.I.
P.O. Box 57
Marion, Ohio
43301-0057