IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kevin N. Brown | ) | CASE NO. 4:18-cv-789 |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| James C. Evans, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Robert S. Yallech of Reminger Co., L.P.A. notifies the Court and parties of the entry of appearance as Counsel of Record for defendant Paul C. Conn, in the above-captioned matter. Please serve all future notes and process upon the undersigned.

Respectfully submitted,

*/s/Robert S. Yallech*
Robert S. Yallech (0075494)
REMINGER CO., LPA
11 Federal Plaza Central, Suite 300
Youngstown, OH 44503-1518
330/744-1311
330/744-7500 (fax)
Attorney for defendant Paul C. Conn

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Robert S. Yallech*
Robert S. Yallech (0075494)